IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THERESA ZORBAH | : | |
| | : | CIVIL ACTION |
| v. | : | No. 12-3119 |
| | : | |
| THE SCHOOL DISTRICT OF THE CITY OF PHILADELPHIA, et al. | : : | |

## **ORDER**

AND NOW, this 10th day of February, 2014, upon consideration of the motion for summary judgment by defendants the School District of Philadelphia and Adrienne Holmes (Dkt. No. 11), plaintiff Theresa Zorbah's response in opposition thereto (Dkt. No. 12) and defendants' reply (Dkt. No. 13) it is ORDERED that defendants' motion is DENIED.

It is FURTHER ORDERED that:

1. This matter is listed for trial to commence on March 24, 2014 at 10:00 AM in Courtroom 4A of the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania;

2. Motions in limine or other matters requiring the Court's attention, if any, are to be filed no later than March 3, 2014. Responses to any such motions shall be filed on or before March 10, 2014; and

3. Pretrial memoranda and proposed points for charge and verdict sheets shall be filed on or before March 3, 2014.

If the parties believe a settlement conference would be productive they should contact my deputy Mr. Charles Ervin (267–299–7559) promptly.

                                                          ___*/s/ Thomas O'Neill*_____
                                                          THOMAS N. O'NEILL, JR., J.